# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  November 20, 2025

Ms. Meghan Sweeney Bean
Office of the U.S. Attorney
Eastern District of Michigan
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Michael Evan Carter
Mr. Matthew Monahan
Federal Community Defender Office
for the Eastern District of Michigan
613 Abbott Street, Suite 500
Detroit, MI 48226

Re:   Case No. 25-1102, *USA v. Jameel Tanzil*
Originating Case No. 2:23-cr-20654-1

Dear Counsel,

The Court issued the enclosed opinion today in this case.

Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc:  Ms. Kinikia D. Essix

Enclosures

Mandate to issue